# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>              Plaintiff,<br><br>      v.<br><br>**DAVID ANTHONY MCDANIELS,**<br><br>              Defendant. | CASE NO.: 2:18-CR-0170-JAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum             ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | David Anthony McDaniels | |
| Detained at | California City Correctional Facility | |
| Warden/Custodian: | George Jaime, Warden | |
| Detainee is: | a.) | ☒ charged in this district by:    ☒ Indictment   ☐ Information   ☐ Complaint<br>charging detainee with:    18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ Timothy H. Delgado* |
| Printed Name & Phone No: | AUSA Timothy H. Delgado – (916) 554-2805 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum             ☐ Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: December 18, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKAs (if known): | | ☒Male ☐Female | |
| Booking or CDC #: | CDCR # AW4136 | DOB: | |
| Facility Address: | California City Correctional Facility | Race: | |
| | 22844 Virginia Blvd. | | |
| | California City, CA 93505 | | |
| Facility Phone: | (760) 246-7600 | FBI#: | |
| Currently | In Custody | | |

## RETURN OF SERVICE

Executed on: _____   _____
                                                       (signature)