McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0170-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: March 12, 2019<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
| DAVID ANTHONY MCDANIELS, | |
| Defendant. | |

The United States of America, through its undersigned counsel, and defendant David Anthony McDaniels, through his counsel of record, stipulate that the status conference currently set for March 12, 2019, be continued to May 7, 2019, at 9:15 a.m.

On February 4, 2019, the defendant was arraigned on the single-count Indictment. (ECF Nos. 3, 9.) Later today, the United States will be producing to the defense counsel discovery that includes over 100 pages of reports and memoranda, one dozen photos, and approximately 120 audio and video files. Defense counsel requires additional time to review these materials, time to confer with her client, time to conduct further research and investigation about the charged offenses, and time to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for March 12, 2019, be continued to May 7, 2019, at 9:15 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date this order issues to and including May 7, 2019, under 18

1

U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,


Dated:  March 4, 2019                    _/s/ **Timothy H. Delgado**_____
                                        TIMOTHY H. DELGADO
                                        Assistant United States Attorney
                                        Attorney for Plaintiff United States


Dated:  March 4, 2019                    _/s/ **THD for Mia T. Crager**_____
                                        MIA T. CRAGER
                                        Assistant Federal Defender
                                        Attorney for Defendant David McDaniels

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, to and including May 7, 2019, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the March 12, 2019 status conference be continued until May 7, 2019, at 9:15 a.m.

Dated: March 4, 2019

/s/ John A. Mendez_____ _____
Hon. John A. Mendez
United States District Court Judge