| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ANTHONY MCDANIELS,<br><br>Defendant. | CASE NO. 2:18-CR-0170-JAM<br><br>STIPULATION AND ORDER TO CONTINUE THE TRIAL CONFIRMATION HEARING TO APRIL 14, 2020; TO CONTINUE THE JURY TRIAL TO MAY 18, 2020; AND TO SET A BRIEFING SCHEDULE<br><br>Date: February 25, 2020<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

Plaintiff United States of America, through its undersigned counsel, and defendant David Anthony McDaniels, through his counsel of record, stipulate as follows:

1. This case is currently set for a 3-day jury trial, scheduled to begin on April 6, 2020. (Dkt. No. 23.) A trial confirmation hearing is set for February 25, 2020. (*Id.*)

2. By this stipulation, the parties now seek to continue the jury trial to May 18, 2020 at 9:00 a.m., with the trial confirmation hearing continued to April 14, 2020 at 9:15 a.m. and to exclude time under the Speedy Trial Act accordingly. As good cause for granting this request, this brief period of additional time is needed to allow for briefing, argument, and a ruling on McDaniels' motion to suppress evidence, which will be filed later today. The parties also wish to set a briefing schedule through this stipulation.

///

STIPULATION AND (PROPOSED) ORDER
TO CONTINUE THE JURY TRIAL, ETC.

1

///

3. The parties jointly ask that the Court set the following briefing schedule on McDaniels' motion to suppress evidence:

    a. Defendant's Motion to Suppress Evidence – due February 20, 2020

    b. United States' Opposition – due March 10, 2020

    c. Defendant's Reply, if any – due March 17, 2020

    d. Motion hearing (non-evidentiary) – March 31, 2020 at 9:15 a.m.

4. The parties also ask that the Court continue the jury trial to May 18, 2020, at 9:00 a.m., with a trial confirmation hearing set for April 14, 2020, at 9:15 a.m.

5. The time within which trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, has already been excluded through April 6, 2020, under Local Code T4. (Dkt. No. 23.) The parties jointly agree that time under the Speedy Trial Act should be excluded from April 6, 2020, up to and including May 18, 2020 (the first day of trial), under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and Local Code T4.

6. The parties agree that the failure to grant a continuance in this case would deny defense counsel the reasonable time needed for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: February 20, 2020        */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
*Attorneys for plaintiff United States of America*

Dated: February 20, 2020        */s/ THD for Michael D. Long*
MICHAEL D. LONG
Law Office of Michael D. Long
*Attorney for defendant David McDaniels*

STIPULATION AND (PROPOSED) ORDER
TO CONTINUE THE JURY TRIAL, ETC.

2

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuances outweigh the best interests of the public and the defendant in a speedy trial.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The briefing schedule on the defendant's motion to suppress shall be as follows:
   a. Defendant's Motion to Suppress Evidence – due February 20, 2020
   b. United States' Opposition – due March 10, 2020
   c. Defendant's Reply, if any – due March 17, 2020
   d. Motion hearing (non-evidentiary) – March 31, 2020 at 9:15 a.m.

2. The Court orders that the jury trial in this case be continued to May 18, 2020, at 9:00 a.m. The Court further orders that the parties appear on April 14, 2020, at 9:15 a.m. for a trial confirmation hearing.

3. Last, the Court orders that the time from April 6, 2020, up to and including May 18, 2020, be excluded from the computation of time within which the trial in this case must begin under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and Local Code T4.

SO ORDERED.

Dated: February 21, 2020         /s/ John A. Mendez_____
                                 Hon. John A. Mendez
                                 United States District Court Judge

STIPULATION AND (PROPOSED) ORDER
TO CONTINUE THE JURY TRIAL, ETC.

3