McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
SAM STEFANKI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00170-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DAVID ANTHONY McDANIELS, | DATE: June 9, 2020 |
| Defendant. | TIME: 9:15 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for a hearing on June 9, 2020, on the defendant's motion to suppress evidence. ECF No. 27; ECF No. 30. A trial confirmation hearing is currently set for June 30, 2020, with a jury trial set for July 27, 2020. ECF No. 30.

2. By this stipulation, the defendant now moves to vacate and reset the dates previously set for the suppression hearing, trial confirmation hearing, and trial. The parties respectfully request that the Court set the following schedule:

   a) A hearing on the defendant's motion to suppress evidence to occur on September 15, 2020, at 9:15 a.m. *See* ECF No. 27. The government's opposition brief to be filed by August 25, 2020, and any reply brief to be filed by September 8, 2020.

   b) A three-day jury trial to begin on November 2, 2020, at 9:00 a.m., with a trial confirmation hearing on October 6, 2020 at 9:15 a.m.

3. By this stipulation, the defendant also requests that the Court exclude time under the Speedy Trial Act between May 18, 2020, and November 2, 2020, under Local Codes T4 (defense counsel preparation) and E (pretrial motion).

4. The parties agree and stipulate, and request that the Court find the following:

   a) The parties are exploring the possibility of additional forensic testing, which may take multiple months to perform.

   b) Counsel for the defendant desires additional time to consult with his client, conduct investigation and research related to the charge, discuss potential resolutions with this client, and otherwise prepare for trial.

   c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 18, 2020 to November 2, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] and § 3161(h)(1)(D) [Local Code E] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

STIPULATION RE BRIEFING SCHEDULE AND TIME PERIODS UNDER SPEEDY TRIAL ACT

2

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 13, 2020       McGREGOR W. SCOTT
                          United States Attorney

                          /s/ SAM STEFANKI
                          SAM STEFANKI
                          Assistant United States Attorney

Dated: May 13, 2020       /s/ MICHAEL D. LONG
                          MICHAEL D. LONG
                          Counsel for Defendant
                          DAVID ANTHONY McDANIELS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 14th day of May, 2020.

                          /s/ John A. Mendez
                          THE HONORABLE JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE