McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
SAM STEFANKI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00170-JAM |
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION TO SUPPRESS; FINDINGS AND ORDER |
| v. | |
| DAVID ANTHONY McDANIELS, | DATE: September 15, 2020<br>TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

## STIPULATION

1. By previous order, this matter is set for a hearing on September 15, 2020, on the defendant's motion to suppress evidence. ECF No. 33. A three-day jury trial is currently set for November 2, 2020. ECF No. 33. Time under the Speedy Trial Act is excluded through November 2, 2020, pursuant to Local Codes T4 and E. ECF No. 33.

2. By this stipulation, the defendant now moves to vacate and reset the briefing schedule and date previously set for the suppression hearing. The parties respectfully request that the Court set the following schedule:

   a) A hearing on the defendant's motion to suppress evidence to occur on September 29, 2020, at 9:30 a.m. *See* ECF No. 27.

   b) The government's opposition brief to the defendant's motion to suppress to be filed by September 15, 2020.

c) Any reply to the government's opposition brief to be filed by September 22, 2020.

d) A three-day jury trial will remain scheduled to begin on November 2, 2020, at 9:00 a.m., with a trial confirmation hearing on October 6, 2020.  *See* ECF No. 33.

IT IS SO STIPULATED.

Dated:  August 18, 2020                             McGREGOR W. SCOTT
                                                                          United States Attorney


                                                                          /s/ SAM STEFANKI
                                                                          SAM STEFANKI
                                                                          Assistant United States Attorney


Dated:  August 18, 2020                             /s/ MICHAEL D. LONG
                                                                          MICHAEL D. LONG
                                                                          Counsel for Defendant
                                                                          DAVID ANTHONY McDANIELS


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 18th day of August, 2020.

                                                                          /s/ John A. Mendez
                                                                          THE HONORABLE JOHN A. MENDEZ
                                                                          UNITED STATES DISTRICT COURT JUDGE