1  PHILLIP A. TALBERT
   Acting United States Attorney
2  AUDREY B. HEMESATH
   SAM STEFANKI
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone:  (916) 554-2700
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  2:18-CR-00170-JAM

12                         Plaintiff,        STIPULATION REGARDING TRIAL
                                             SCHEDULING AND EXCLUSION OF TIME;
13               v.                          FINDINGS AND ORDER

14  DAVID ANTHONY McDANIELS,

15                         Defendant.

16

17                            **STIPULATION**

18         1.      By previous order, this matter was set for a jury trial beginning on June 7, 2021.  ECF

19  No. 46.  A trial confirmation hearing is currently set for April 20, 2021.  ECF No. 46.

20         2.      By this stipulation, the parties request that the Court vacate the existing trial date and trial

21  confirmation hearing, and set the following schedule:

22               a)      A trial confirmation hearing to occur on July 27, 2021, at 9:30 a.m.; and

23               b)      A four-day jury trial to begin on August 30, 2021, at 9:00 a.m.

24         3.      The parties agree and stipulate, and request that the Court find the following:

25               a)      Counsel for the defendant desires additional time to consult with his client,

26  conduct investigation and research related to the charges, discuss potential resolutions with his

27  client, and otherwise prepare for trial.

28  ///

1    b)      Counsel for the defendant believes that failure to grant the above-requested

2    continuance would deny him the reasonable time necessary for effective preparation, taking into

3    account the exercise of due diligence.

4    c)      The government does not object to the continuance.

5    d)      Based on the above-stated findings, the ends of justice served by continuing the

6    case as requested outweigh the interest of the public and the defendant in a trial within the

7    original date prescribed by the Speedy Trial Act.

8    e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161

9    et seq., within which trial must commence, the time period of June 7, 2021, to August 30, 2021,

10   is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it

11   results from a continuance granted by the Court at the defendant's request on the basis of the

12   Court's finding that the ends of justice served by taking such action outweigh the best interest of

13   the public and the defendant in a speedy trial.

14   f)      Nothing in this stipulation and order shall preclude a finding that other provisions

15   of the Speedy Trial Act dictate that additional time periods are excludable from the period within

16   which a trial must commence.

17

18   IT IS SO STIPULATED.

19

20   Dated:  March 24, 2021                      PHILLIP A. TALBERT
                                                 Acting United States Attorney
21

22                                               /s/ SAM STEFANKI
                                                 SAM STEFANKI
23                                               Assistant United States Attorney

24

25   Dated:  March 24, 2021                      /s/ MICHAEL D. LONG
                                                 MICHAEL D. LONG
26                                               Counsel for Defendant
                                                 DAVID ANTHONY McDANIELS
27

28

1

**FINDINGS AND ORDER**

2

IT IS SO FOUND AND ORDERED this 24th day of March, 2021.

3

4
/s/ John A. Mendez
_____

5
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28