MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for DAVID McDANIELS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 18-0170 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER CONTINUING THE SENTENCING |
| | ) HEARING FROM SEPTEMBER 14, 2021, |
| DAVID McDANIELS, | ) TO OCTOBER 26, 2021, AT 9:30 a.m. |
| | ) |
| Defendant. | ) Judge: Hon. John A. Mendez |
| ================================= | ) |

Defendant David McDaniels is requesting a short continuance of his sentencing hearing, which is presently set for September 14, 2021.  AUSAs Samuel Stefanki and Audrey Hemesath, on behalf of the United States Attorney's Office, and USPO Aylin McFarland, on behalf of the United States Probation Office, have no objection to the requested continuance.  The final pre-sentence report has already been filed:

Judgment and Sentencing Date: October 26, 2021, at 9:30 a.m.

Reply, or Statement of Non-opposition: October 19, 2021

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: October 12, 2021

Dated:  September 8, 2021                           Respectfully submitted,

                                                  /s/ Michael D. Long
                                                  MICHAEL D. LONG
                                                  Attorney for David McDaniels

–1–

Dated:  September 8, 2021

PHIL TALBERT
Acting United States Attorney

/s/ Samuel Stefanki
SAMUEL STEFANKI
Assistant U.S. Attorney

/s/ Audrey Hemesath
AUDREY HEMESATH
Assistant U.S. Attorney

## ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that the schedule for Mr. McDaniels' pre-sentence report schedule and sentencing hearing are amended as follows:

Judgment and Sentencing Date: October 26, 2021, at 9:30 a.m.

Reply, or Statement of Non-opposition: October 19, 2021

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: October 12, 2021

Dated:  9/8/2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE